**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6967**

TRACY EDWARD LEWIS,

Plaintiff - Appellant,

v.

ALEXANDRIA COURTHOUSE, Judges; ALEXANDRIA SHERIFF DEPARTMENT, Sheriff; ALEXANDRIA POLICE DEPARTMENT, Detective Division,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:19-cv-01298-TSE-JFA)

Submitted: September 24, 2020                    Decided: September 29, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tracy Edward Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Edward Lewis appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint against the Alexandria Sheriff's Department, the Alexandria Police Department, and unnamed state court judges for failure to state a claim. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Lewis's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*